**Petition for Writ of Mandamus Denied and Memorandum Opinion filed July 12, 2022.**



In The

# Fourteenth Court of Appeals

---

## NO. 14-22-00488-CV

---

## IN RE CHRISTOPHER BRAN, CBMJ INVESTMENTS & DEVELOPMENT, LLC, MONTROSE MULTIFAMILY II HOLDINGS, LLC, AND URBANONE PROPERTIES, LLC, Relators

---

**ORIGINAL PROCEEDING**
**WRIT OF MANDAMUS**
**164th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2020-20587**

---

## MEMORANDUM OPINION

On July 6, 2022, relators Christopher Bran, CBMJ Investments & Development, LLC, Montrose Multifamily II Holdings, LLC, and UrbanOne Properties, LLC filed a petition for writ of mandamus in this court. *See* Tex. Gov't Code Ann. § 22.221; *see also* Tex. R. App. P. 52. In the petition, relators ask this court to compel the Honorable C. Elliott Thornton, presiding judge of the 164th

District Court of Harris County, to vacate her June 11, 2022 order requiring turnover and appointing a receiver.

Relators have an adequate remedy by appeal, and in fact have appealed. *See* Tex. Civ. Prac. & Rem. Code Ann. § 51.014(a)(1) (providing for interlocutory appeal from order appointing receiver).[1] Therefore, relators have not shown that they are entitled to mandamus relief. Accordingly, we deny relators' petition for writ of mandamus. We also deny relators' motion for emergency stay without prejudice to re-filing the motion under their current appeal.

PER CURIAM

Panel consists of Chief Justice Christopher and Justices Poissant and Wilson.

---

[1] Relators' appeal from the June 11, 2022 order is pending in this court in *Christopher Bran, CBMJ Investments & Development, LLC, Montrose Multifamily II Holdngs, LLC and UrbanOne Properties, LLC v. Spectrum MH, LLC and Spectrum MHU, LLC*, No. 14-22-00479-CV.